IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DERRICK JERVON LINDSAY EL )
BEY )
 )
       Plaintiff, )
 )
  v. ) 1:19CV163
 )
KEVIN BRIDGES, et al., )
 )
       Defendant(s). )

### ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on February 14, 2019, was served on the parties in this action. (Docs. 2, 3.) Petitioner objected to the Recommendation. (Doc. 4.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination, which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that that this action be filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects of the current Complaint.

/s/   Thomas D. Schroeder
                                    United States District Judge

April 1, 2019